UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ABDUL HOWARD, | Case No. 2:16-cv-00265-RFB-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NAPHCARE et al., | |
| Defendants. | |

**I.  DISCUSSION**

Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1).  This Court denied the application to proceed *in forma pauperis* without prejudice because the application was incomplete. (ECF No. 2 at 2). The Court directed Plaintiff to file a fully complete application to proceed *in forma pauperis* within 30 days from the date of that order. (*Id.*)

On February 23, 2016, Plaintiff filed a motion to dismiss his civil complaint against Naphcare and other defendants. (ECF No. 3 at 1).  Plaintiff explained that defendants had stopped charging him in an extorting manner. (*Id.*)  Plaintiff seeks dismissal. (*Id.*)  The Court construes Plaintiff's motion as a motion for voluntary dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party

serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 3) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 26th day of February 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge